CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 2 3 2018

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

Dear Honorable Urbanski:

Enclosed is a copy of the letter I sent to the Attorney General Office addressed to Mr. Vohris regarding the mismanagement of my Settlement funds.

The agreement was to have 277.87 placed in my prison Spend account period. This is the same procedure I agreed to in each of the previous Settlements.

If the Attorney General chooses not to correct the "egregious" actions of this facility regarding the Settlement, then there isn't a Settlement agreement, and therefore this case will be ripe for to move forward with the jury trial.

I fill I been more than reasonable in this matter. This court has jurisdiction over this case and settlement for sixty days, and I request that April 4-6, 2018 jury trial remain available if Mr. Vohris doesn't honor the terms I agreed on.

Respectfully Submitted

David Crawley 1107458
3/16/18
David Crawley

David Crawley 1102958
Keen Mountain Correctional Center
P.O. Box-860
Oakwood, Va. 24631

(Legal Mail)

OUTGOING
MAR 19 2018
LEGAL
MAIL

2401182214 0009



U.S. POSTAGE ≫ PITNEY BOWES

ZIP 24631
02 4W
0000336447

$ 000.47°
MAR 20 2018

The Honorable Julia C. Dudley
Clerk, U.S. District Court
Western District of Virginia
210 Franklin Road, S.W., Suite 570
Roanoke, Virginia 24011-2208