RE: Settlement Agreement
7:15 cv 00647   7:16 cv 00211

Dear Mr. Vohris

I'm writing to inform you that, KMCC not only took it upon themselves to deduct funds from my Settlement, but place the remaining balance of that Settlement which amounts to 226.48 in Reserve account to send to a court, while placing 5.00 in my Spend account.

I have received several Settlement checks from the DOC, and the entire amount were placed into my spend account. The DOC is not an outside source of income, nor is a settlement check funds from service provided such as; from a state job. Therefore, no funds are to be deducted from the Settlement check.

That check is compensation, which has already been subjected to penalties before it was sent to court or spent on other things such as; postage, legal copies, and miscellaneous materials.

I need you to notify KMCC business office an inform them that the check issued by the Commonwealth of Va. 3/6/18 for 277.87 is to be placed in my Spend Account in its entirety please. This was my understanding when I negotiated the Settlement, because thats the procedure that were applied to all the other Settlements over the pass 15 years.

Sir, outside of the 277.87 being placed in my spend account, I wish not to accept any Settlement. Because anything less then 277.87 in my opinion would be an agreement in bad faith. If you wish for this matter to be placed back on the active docket for the jury, please inform the court in a timely manner so that they may notify me.

I, however wish to resolve this matter amicably. All is required from your office is a phone call and fax, which can be accomplish in one day. I await your reply sir.

Respectfully Submitted

David Crawley
3/16/18

CC: Michael F Urbanski